

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Stella D. Salmeron v. Atascocita Forest Community Association

Appellate case number:   01-20-00616-CV

Trial court case number:  1140217

Trial court:             County Civil Court at Law No. 1 of Harris County

On July 27, 2021, this Court issued an opinion dismissing this appeal for lack of jurisdiction. On August 12, 2021, appellant Stella D. Salmeron filed a "Motion For Extend of Time to File a Motion to Rehearing," requesting an extension of "160 days, or what . . . the Honorable Court may deem appropriate" to file a motion for rehearing.

Appellant's motion is **granted in part.** The Court grants an extension of thirty days from the date of this order for appellant to file her motion for rehearing. Appellant's motion for rehearing is due on **September 18, 2021**. **No further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                     Acting individually

Date: August 19, 2021